# *EXHIBIT*

# *"A"*

# NOVEMBER 9, 2013



# DECEMBER 28, 2020

