# *EXHIBIT "B"*

## AUGUST 3, 2020

