## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON LANDOR, <br><br> Plaintiff, <br><br> v. <br><br> LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, a public entity, <br><br> JAMES M. LEBLANC, in his official capacity as Secretary thereof, and individually, <br><br> RAYMOND LABORDE CORRECTIONAL CENTER, a state prison, <br><br> MARCUS MYERS, in his official capacity as Warden of thereof, and individually, <br><br> JOHN DOES 1-10 (fictitious names), and <br><br> ABC ENTITIES 1-10 (fictitious entities), <br><br> Defendants. | Case No.: 3:21-cv-00733-SDD-SDJ <br><br> JUDGE: SHELLY D. DICK <br><br> MAGISTRATE: SCOTT D. JOHNSON |

**PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS, JAMES M. LEBLANC, LOUISIANA DEPARTMENT OF CORRECTIONS & PUBLIC SAFETY, AND MARCUS MEYERS'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CAUSE OF ACTION [DKT. #19]**

COMES NOW the Plaintiff, DAMON LANDOR (hereinafter, the "Plaintiff"), by and through the undersigned counsel, and Pursuant Local Rule 7(a), and hereby moves to extend the time to respond to the Defendants, James M. LeBlanc, Louisiana Department of Corrections & Public Safety, and Marcus Meyers's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Cause of Action [Dkt. #19] (hereinafter, the "Motion to Dismiss"), and states:

1.    On December 27, 2021, the Plaintiff, Damon Landor (hereinafter, the "Plaintiff")

filed his Complaint. [Dkt. #1].

2. On March 31, 2022, the Defendants, James M. LeBlanc, Louisiana Department of Corrections & Public Safety, and Marcus Meyers (hereinafter, the "Defendants") filed their Unopposed Motion for Extension of Time to File Responsive Pleadings [Dkt. #13], requesting an additional 30 days to respond to the Complaint.

3. On April 1, 2022, this Court granted that Motion. [Dkt. #15].

4. On April 13, 2022, the Defendants filed their Motion to Dismiss. [Dkt. #19].

5. On May 4, 2022, the Plaintiff filed his first Motion to Extension of Time to File a Response to the Motion to Dismiss. [Dkt. #22].

6. On May 9, 2022, this Court granted the Motion for Extension, and set the response deadline to May 18, 2022. [Dkt. #23].

7. On March 11, 2022, the Court in Cunningham v. City of Los Angeles, et al., 2:18-cv-08146-AB-PLA, before the U.S. District Court for the Central District of California, Western Division (hereinafter, "Cunningham"), set the trial in that matter to May 31, 2022.

8. The undersigned is counsel for the Plaintiff in Cunningham.

9. On May 9, 2022, the Court in Cunningham, in response to a request from the Defendants due to their expert witness's availability, changed the trial date to begin on May 18, 2022, instead of May 31, 2022.

10. As a result, the undersigned has to leave for Los Angeles early this Sunday morning, May 15th, 2022, to prepare for trial.

11. As a result, the Plaintiff is here again asking for an additional extension of two weeks (14 days) in which to file his response.

12. The Plaintiff has contacted the Defendants, who have no objection to the requested

relief.

13. This is the Plaintiff's second request for an extension.

14. The extension is necessary because the Motion to Dismiss contains a 22-page memorandum of law and requires extensive legal argument to refute, and the Plaintiff is unable to accomplish it while preparing for a trial that was not initially scheduled to begin so soon.

WHEREFORE, the Plaintiff respectfully requests that this Motion be granted, and that the Plaintiff be granted an additional 14-day extension, up to and including June 1, 2022, within which to file a response to the Motion to Dismiss.

Respectfully Submitted,

Dated: 12 MAY 2022

ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*
PRO HAC VICE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on or about May 12th, 2022, a copy of the foregoing has been furnished to all defendants by the ECF system.

Dated: 12 MAY 2022

ROOK ELIZABETH RINGER, ESQ.
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*