UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAMON LANDOR,**<br><br>　　Plaintiff,<br><br>v.<br><br>**LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,** a public entity, et al.,<br><br>　　Defendants. | Case No. 3:21-cv-00733-SDD-SDJ |

## ROOK ELIZABETH RINGER'S
## MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

**COMES NOW** ROOK ELIZABETH RINGER, of the law firm The Law Office of Rook Ringer, and hereby moves to withdraw as attorney for the Plaintiff, DAMON LANDOR (hereinafter, the "Plaintiff"), pursuant to Local Rule 83(b)(13), and in support thereof would state the following:

1.　On May 17, 2022, the undersigned resigned from her position at Lento Law Group.

2.　As a result of this circumstance, the undersigned does not have the requisite local contacts or resources in order to obtain local counsel in Louisiana and comply with this Court's rules and regulations regarding *pro hac vice* appearances.

3.　On July 15, 2022, the undersigned contacted the Plaintiff via certified mail (*see* Withdrawal of Representation, attached hereto as **Exhibit "A"**) and

telephone, and notified him of all pending deadlines and court appearances.

4. The Plaintiff's last known contact information is as follows:

Damon Landor
740 Schley Street
Slidell, LA 70458
Phone: 985.660.4294

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Rook Elizabeth Ringer as counsel for the Plaintiff, and for any and all other relief as this Court deems in the interests of justice.

Dated: 25 JUL 2022 Respectfully submitted,

*[signature]*

_____
Rook Elizabeth Ringer, Esq.
FL Bar 1015698
THE LAW OFFICE OF ROOK RINGER
222 San Marco Ave., Suite C
St. Augustine, FL 32084
904.265.ROOK ("7665")
rook@ringer.law
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 15, 2025, a notice of withdrawal was served upon the Plaintiff via Certified Mail, and on July 25, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record, and by Certified Mail to the Plaintiff.

                                      Respectfully submitted,

                                      */s/ Rook Ringer*

DATED:   <u>25 JUL 2022</u>       ROOK ELIZABETH RINGER, ESQ.
                                         THE LAW OFFICE OF ROOK RINGER

# EXHIBIT "A"



**Rook Elizabeth Ringer, Esq.**
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.265.ROOK (7665)
rook@ringer.law
Admitted in Florida

# WITHDRAWAL OF REPRESENTATION

**Via Certified Mail:**  15JUL2022
Damon Landor
740 Schley Street
Slidell, LA 70458

Dear Mr. Landor:

As I noted in my email sent concurrently with this letter, although you elected to continue with me representing you rather than Lento Law Group, I have to decline. I do not have the requisite resources available in Louisiana to continue representation. Again, I am sure that Lento Law Group will be able to assist if you contact them at 856.652.2000.

Please note the following deadlines which are currently pending:

| | |
|---|---|
| Response to Motion to Dismiss: | Past-Due*. |
| Joint Status Report: | August 4, 2022. |
| Scheduling Conference: | August 18, 2022, at 3:00PM. |
| Local Counsel: | As soon as possible. |

(*The Court has stricken the Amended Complaint filed on June 1.)

Dated: 15 JUL 2022

_____
ROOK ELIZABETH RINGER, ESQUIRE
The Law Office of Rook Ringer, PLLC