UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAMON LANDOR** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 21-733-SDD-SDJ** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS AND PUBLIC SAFETY, ET AL.** | |

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED** and **DECREED** that the above-captioned proceeding be and is hereby **DISMISSED, WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on September 29, 2022.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**