**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DAMON LANDOR, | |
| Plaintiff, | Case No. 3:21-cv-00733-SDD-SDJ |
| v. | CHIEF JUDGE SHELLY D. DICK |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, *et al.*, | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| Defendants. | |

## *EX PARTE* MOTION TO ENROLL

NOW INTO COURT respectfully comes Plaintiff Damon Landor, who moves that Casey Rose Denson, Esq. and Mercedes Ann Townsend, Esq. of Casey Denson Law LLC be enrolled as counsel in the above-captioned matter.

Ms. Denson and Ms. Townsend are both admitted to practice in front of this Honorable Court. Previously, undersigned counsel withdrew from representing Mr. Landor with the permission of this Court, granted in R. Doc. 18. In April 2022, when undersigned counsel withdrew, Mr. Landor was still represented by another attorney in this Court. Subsequently, undersigned counsel learned that the other attorney representing Mr. Landor had withdrawn, that Mr. Landor was now pro se, and that a Motion to Dismiss was granted. Now, undersigned counsel seek to enter their appearance to assist Mr. Landor, and to file a Notice of Appeal on his behalf.

Ms. Denson's contact information is as follows:

**Casey Rose Denson, Esq. (La. Bar No. 33363)**
**CASEY DENSON LAW, LLC**
4601 Dryades Street
New Orleans, LA 70115
Phone: (504) 224-0110

Fax: (504) 534-3380
cdenson@caseydensonlaw.com

Ms. Townsend's contact information is as follows:

**Mercedes Ann Townsend, Esq. (La. Bar No. 39054)**
**CASEY DENSON LAW, LLC**
4601 Dryades Street
New Orleans, LA 70115
Phone: (504) 233-4320
Fax: (504) 534-3380
cdenson@caseydensonlaw.com

Respectfully submitted,

/s/ *Casey Denson*
**Casey Rose Denson (La. Bar #33363)**
**Mercedes Townsend (La. Bar #39054)**
**CASEY DENSON LAW, LLC**
4601 Dryades Street
New Orleans, LA 70115
Phone: (504) 224-0110
Fax: (504) 534-3380
cdenson@caseydensonlaw.com
mtownsend@caseydensonlaw.com

*Counsel for Plaintiff Damon Landor*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, a copy of the foregoing Ex Parte Motion to Enroll was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/   Mercedes Townsend
MERCEDES TOWNSEND, ESQ.