# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON LANDOR, | |
| Plaintiff, | Case No. 3:21-cv-00733-SDD-SDJ |
| v. | CHIEF JUDGE SHELLY D. DICK |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, *et al.*, | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| Defendants. | |

## ORDER

Considering the foregoing *Ex Parte Motion* and for the reasons stated therein:

IT IS HEREBY ORDERED, that the *Ex Parte Motion to Enroll* is GRANTED. Casey Rose Denson, Esq. and Mercedes Ann Townsend, Esq. of Casey Denson Law, LLC, shall be and are hereby enrolled as counsel of record for the Plaintiff, Damon Landor, in the above-captioned matter.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
**DISTRICT JUDGE**