IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON LANDOR,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:21-CV-00733-SDD-SDJ<br><br>CHIEF JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE<br>SCOTT D. JOHNSON |

## **NOTICE OF APPEAL**

Notice is given that Plaintiff Damon Landor hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's final judgment (R. Doc. 44), dated September 29, 2022, and all adverse orders and rulings underlying that final judgment, including but not limited to the Ruling granting Defendants' Motion to Dismiss (R. Doc. 43), dated September 29, 2022.

Dated: October 24, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/* Casey Denson__
　　　　　　　　　　　　　　　　　　　　　**Casey Rose Denson (La. Bar #33363)**
　　　　　　　　　　　　　　　　　　　　　**Mercedes Townsend (La. Bar #39054)**
　　　　　　　　　　　　　　　　　　　　　**CASEY DENSON LAW, LLC**
　　　　　　　　　　　　　　　　　　　　　4601 Dryades Street
　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70115
　　　　　　　　　　　　　　　　　　　　　Phone: (504) 224-0110
　　　　　　　　　　　　　　　　　　　　　Fax: (504) 534-3380
　　　　　　　　　　　　　　　　　　　　　cdenson@caseydensonlaw.com
　　　　　　　　　　　　　　　　　　　　　mtownsend@caseydensonlaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Damon Landor*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 24, 2022, a copy of the foregoing Notice of Appeal was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                            /s/  Mercedes Townsend
                                    MERCEDES TOWNSEND, ESQ.